UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HARRISON DEVELOPMENT LLC, et al.,

    Plaintiffs,

    v.

LANDMARK AMERICAN INSURANCE CO., et al.,

    Defendants.
_____/

No. C 12-4178 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

    Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for resolution of Defendants' and Cross-Claimants' Motion For an Order to Show Cause and For an Order Compelling Compliance with Subpoena, and for all further discovery.

    The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

    **IT IS SO ORDERED**.

Dated: January 29, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge