1

2

3

4

5

6

7

8            UNITED STATES DISTRICT COURT

9      NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

10

| | |
|---|---|
| 11  HARRISON DEVELOPMENT, LLC; 2051 HARRISON STREET ASSOCIATES LLC; 12  and IMBELLONI CONSTRUCTION CO. INC., 13 | Case No. CV-12-04178 PJH<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| 13 | |
| 14                     Plaintiffs, | |
|              vs. | |
| 15 | |
| 16  LANDMARK AMERICAN INSURANCE COMPANY, a foreign corporation; ROYAL SURPLUS LINES INSURANCE 17  COMPANY, a foreign corporation; and DOES 1-50, inclusive, | |
| 18 | |
| 19                     Defendants. | |
| 20  AND RELATED CROSS-CLAIMS. | |

21

22        Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), the above-referenced matter is

23  hereby dismissed in its entirety, including both the Complaint and Cross-Claim, with prejudice,

24  with each side to bear its own costs and attorneys' fees.

25        **IT IS SO ORDERED**.

26

27  Date: _____4/26/13_____        _____

28                                           Honorable Phyllis J. Hamilton
                                             United States District Judge

839429.1                                    1