# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| HARRISON DEVELOPMENT, LLC; 2051 HARRISON STREET ASSOCIATES LLC; and IMBELLONI CONSTRUCTION CO. INC., <br><br> Plaintiffs, <br><br> vs. <br><br> LANDMARK AMERICAN INSURANCE COMPANY, a foreign corporation; ROYAL SURPLUS LINES INSURANCE COMPANY, a foreign corporation; and DOES 1-50, inclusive, <br><br> Defendants. | Case No. CV-12-04178 PJH <br><br> [**PROPOSED**] ORDER OF DISMISSAL WITH PREJUDICE |
| AND RELATED CROSS-CLAIMS. | |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), the above-referenced matter is hereby dismissed in its entirety, including both the Complaint and Cross-Claim, with prejudice, with each side to bear its own costs and attorneys' fees.

**IT IS SO ORDERED**.

Date: 4/26/13 _____

_____
Honorable Phyllis J. Hamilton
United States District Judge

839429.1                                   1